UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 9, 2015

MEMO TO COUNSEL RE:  Gilead Sciences, Inc., et al. v. Lupin Pharmaceuticals, Inc., et al.
Civil No. JFM-15-1956

Dear Counsel:

This will confirm the matters discussed during the conference held yesterday.

1. I adopt and approve the proposed schedule set forth by defendants in Mr. Wagman's letter dated October 8, 2015.

2. This case is hereby formally consolidated with 15-2793.

3. The motion to transfer (document 26) filed by defendants in 15-1956 is withdrawn without prejudice, subject to being refiled in the event that the circumstances in the New Jersey action change.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge